UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re                                                                              Index No.:

**KENNETH G. MOXEY,**

                      **Debtor.**
----------------------------------------------------------------X

<b><u>AFFIDAVIT OF SERVICE - FIRST CLASS MAIL</u></b>

STATE OF NEW YORK       )
                                             ) ss.:
COUNTY OF NASSAU       )

      **ELLEN FRIEDMAN,** being duly sworn, deposes and says:  I am not a party to this action, am over 18 years of age and reside in Centereach, New York.

      On July 15, 2013, I served the **NOTICE OF REMOVAL** upon the following parties at their respective addresses on the annexed service list, by depositing a true copy of same in a postage paid, properly addressed envelope by regular mail, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York**.**

**See Annexed Service List**

                                                   *Ellen Friedman*
                                                    Ellen Friedman

Sworn to before me this
15th day of July, 2013

 *s/ Michael Farina*
        Notary Public

**Michael Farina**
**Notary Public, State of New York**
**No. 4991473**
**Qualified in Queens County**
**Commission Expires February 3, 2014**

# SERVICE LIST

TUTHILL FINANCE
60 KATONA DRIVE
SUITE 26
FAIRFIELD CT 06824

KENNETH G. MOXEY
Plaintiff, Pro Se
923 Custer Street
Valley Stream, NY 11580

MAAS ENTERPRISES LP
Defendant
8 Douglas Drive
Holmdell, NJ 07733

V-JAMA HOLDINGS
Defendant
224  93rd Street
Brooklyn, New York 11209

MPJM CRUSH  HOLDINGS, LLC
Defendant
2152 59th Street
Brooklyn, NY 11204

ALAN DREZIN
Defendant
26 Court Street, Suite 810
Brooklyn, NY 11201

DAVID BETRON
Defendant
531 Redwood Drive
Cedarhurst, NY 11516